IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH LEE SHOWELL, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 14-7081 |
| CAROLYN W. COLVIN, : | |
| Acting Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this *30th* day of June 2016, upon consideration of Plaintiff Kenneth Lee Showell's Request for Review (Docket No. 10), the Response of Defendant the Commissioner of Social Security (Docket No. 11), the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Docket No. 13), Plaintiff's Objections thereto (Docket No. 14), and Defendant's Response to Plaintiff's Objections (Docket No. 15), and upon careful review of the entire record, it is hereby **ORDERED**, as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review is **DENIED** and the decision of the Commissioner of Social Security is **AFFIRMED**; and

4. **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff. This case is now closed.

It is so **ORDERED**.

BY THE COURT:


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.